IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 18-11178-TPA** |
| | : | |
| **Gloria Jean Knapp,** | : | |
|     Debtor, | : | |
| | : | **Chapter 13** |
| **Gloria Jean Knapp,** | : | |
|     Movant, | : | |
|   v. | : | **Docket No. 50** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13, Trustee, | : | |
|     Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 30, 2021, at docket number 49, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>December 30, 2021</u>                                       /s/ Daniel P. Foster, Esquire
                                                                                        Daniel P. Foster
                                                                                        PA I.D. # 92376
                                                                                        Foster Law Offices
                                                                                        1210 Park Avenue
                                                                                        Meadville, PA 16335
                                                                                        Phone: 814.724.1165
                                                                                        Fax: 814.724.1158
                                                                                        Email: dan@mrdebtbuster.com
                                                                                        Attorney for Debtor

**PAWB Local Form 24 (07/13)**